**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00062-CV

---

## JANINE SCHORR MORRISON AND ANN-MARIE SEPUKA, Appellants

### V.

## TNG BENEFITS, LLC D/B/A THE NOBLE GROUP, Appellee

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-266198**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed January 6, 2020. Janine Schorr Morrison and Ann-Marie Sepuka filed separate notices of appeal.

*Morrison.* On March 26, 2020, Morrison filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

*Sepuka*. Sepuka filed her notice of appeal on January 24, 2020. Our records show that Sepuka has not paid the appellate filing fee, and no evidence that she is

excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207. On March 10, 2020, this court ordered Sepuka to pay the appellate filing fee on or before March 20, 2020, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time). Sepuka has not paid the appellate filing fee.

This appeal is dismissed under Texas Rule of Appellate Procedure 42.1(a)(1) as to Morrison and under Texas Rule of Appellate Procedure 42.3(c) as to Sepuka.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.